04-12715 RCL
12/27/04

Dear Clerk of the Court:

Please find enclosed two injunctions that need your most urgent attention, and the urgent attention of the court.

The inmates at the Essex County jail are unlawfully being denied adequate access to the institutions law library. The institution is only allowing 2 hours per week, access to the Law library. I have several open civil cases, and need to do research, and be able to type legible documents to be submitted to the court.

Mr. Fowler, is fighting his criminal case pro se, and has been ordered to submit all pre-trial motions to the U.S. District Court in Maine, before a certain date, and could not do so due to the Deliberate Indifference of the staff at this institution, whom seem to think they do not have to follow Federal Laws, and court orders.

Mr. Cunningham is also researching his case, that is before the Federal District Court, but is not allowed the proper materials. (The law library is inadequately supplied with research material.) Nor can his research be performed with only (2) 1 hour sessions of law library time allowed per week.

Mr. Lopez is in the same situation as Mr. Cunningham in not being able to research his case pending before the court.

The C.F.R. is clear, and states that the institution must provide a <u>minimum</u> of 12 hours per week, Law Library access, and a properly stocked Reference Section, for Federal inmates, and pre-trial Detainees.

The other issue is the lack of <u>heat</u> in the cells here at the institution, cold air instead of warm air is being circulated through the cells. We have woken up in the morning, and can see our breath inside our cells.

This inhumane treatment has been brought forth before in <u>BELL V. WOLFISH</u>, 441 U.S. 520, 60 L.Ed.2d. 447, 99 S.Ct 1861, and other cases, and something here needs to be done about it now, here at this facility. We are not even given adequate clothing (no socks, no underwear) and no way to wash any socks or underwear we came in with!

I am a federal inmate and should <u>not</u> be here in this facility. I am <u>sentenced</u> and <u>beyond</u> my <u>10%</u> percent date. (see 18 U.S.C. 3624(c))

I beg you, your office and this Honorable court to please help us at the Essex County Correctional Facility.

Respectfully submitted
Steven L. Bradley P101344
Petitioner Pro-Se

P.S. Mr. Fowler and myself have also been denied access to religious services due to our religion, and we all have been denied administrative remedies.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN L. BROMLEY         #P101344
                          #17874-047
BILLY CUNNINGHAM          #P101321
DANZIL LOPEZ              #P101215
THOMAS MURPHEY            #P101334
ALL OTHER SIMILAR SITUATED INMATES
AT ESSEX COUNTY CORRECTIONAL FACILITY
        Petitioner(s) PRO-SE
        -Against-
SHERIFF FRANK COUSINS
ESSEX COUNTY CORRECTIONAL FACILITY
COMMONWEALTH OF MASSACHUSETTS
DOES 1 TO 100         DEFENDANTS

TEMPORARY INJUNCTION PURSUANT TO 28.U.S.C. §1651

TEMPORAY RESTRAINING ORDER (T.R.O.)

CIVIL CASE NO: _____

04-12715 RCL

IT IS HEREBY ORDERED!

1) THAT the ESSEX COUNTY CORRECTIONAL FACILITY REPAIR, All Heating systems in all inmate cells on all inmate Housing units, immediately upon reciept of this Order.

2) THAT the DEFENDANTS SHALL TURN OFF ALL AIRCONDITIONING CIRCULATION IN ALL INMATE CELLS AND HOUSING UNITS AT THE ESSEX COUNTY CORRECTIONAL FACILITY, LOCATED AT 20 MANNING ROAD, IN MIDDLETON, MASSACHUSETTS. Untill it is Needed in summer.

3) THAT THE DEFENDANTS SHALL BE Hereby Restrained from any form of Retaliation against the petitioners for their complaint to this Honorable court.

4) THAT THE CLERK OF THE COURT SHALL SERVE upon the DEFENDANT(S) a copy of this Order, shall serve upon the United State Attorney a copy of this ORDER, SHALL SERVE UPON the PETITIONERS A COPY OF THIS ORDER.

SO ORDERED!
DATED: _____

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHEAL FOWLER  #18644-038
STEVEN L. BROMLEY  #17879-047
BILLY CUNNINGHAM  #P101321
DANEIL LOPEZ  #P101215
ALL OTHER SIMILAR SITUATED INMATES
AT THE ESSEX COUNTY CORRECTIONAL FACILITY
         -AGAINST-       PETITIONER(S) PRO-SE
SHERIFF FRANK COUSINS
ESSEX COUNTY CORRECTIONAL FACILITY
DOES 1 TO 100
                  DEFENDANT(S)

TEMPORARY INJUNCTION, AND TEMPORARY RESTRAINING ORDER PURSUANT TO 28 U.S.C. § 1651

CIVIL CASE # 04-12715 RCL

**IT IS HEREBY ORDERED!**

1) THAT THE DEFENDANTS SHALL PROVIDE THE PETITIONERS WITH Adequate, and meanmyfall LAW LIBRARY ACCESS, IN ACCORDANCE WITH the Code of Federal Regulations, and the precedent set forth by the U.S. Supreme Court IN BOUNDS V. SMITH, 430 U.S. 817, 52 L.Ed.2d 72, 97 S.Ct 1491. WHICH STATES THAT PRO-SE INMATES RE TO BE ALLOWED A MINIMUM OF (12) HOURS LAW LIBRARY -CCESS PER WEEK.

2) THAT THE DEFENDANT(S) SHALL BRING THE LAW LIBRARY PTO FEDERAL STANDARDS, WITH Research materials, and ccess to materials to preform Legal Research as delineated 3y the Code of Federal Regulations, and The United States upreme court. THESE MATERIAS TO INCLUDE PEN(S), PAPER, ENVELOPES AND STAMPS, ect...

3) THAT IF THE DEFENDANT(S) DO NOT COMPLY WITH this ORDER nmediately. THAT AN ORDER OF CONTEMPT BE ISSUED AGAINST e DEFENDANT(S) FOR Failure to comply with this Honorable Courts ORDER.

1

4) THAT THE DEFENDANT(S) BE formally charged with obstruction of justice under federal statutes for failure to comply with the orders of this Honorable Court.

5) THAT THE DEFENDANT(S) SHALL HEREBY be restrained from any form of retaliation against the petitioners for their complaint(s) to THIS Honorable Court.

6) THAT THE Clerk of the court shall serve upon the Defendant(s) a copy of this ORDER, shall serve upon the United States Attorney a copy of this ORDER, SHALL SERVE A COPY OF this ORDER upon the Petitioners, located at 20 Manning Road, Middleton, Massachusetts, 01949

SO ORDERED!

DATED: _____

_____
United States District Judge

2.