UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
STEVEN L. BROMLEY,              )
            Plaintiff,          )
                                )
        v.                      )   C.A. No. 04-12715-RCL
                                )
SHERIFF FRANK COUSINS, JR.,     )
        Defendants.             )
```

## ORDER OF DISMISSAL

LINDSAY. D.J.

In accordance with the Memorandum and Order dated February 22, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.


BY THE COURT,

/s/ Lisa Hourihan
Deputy Clerk

Dated: February 23, 2005

1